MEMORANDUM OPINION

No. 04-06-00078-CR

Kenneth THOMAS,

Appellant

v.

The STATE of Texas ,

Appellee

From the 175th Judicial District Court, Bexar County, Texas

Trial Court No. 2003-CR-2373

Honorable Mary Roman, Judge Presiding






PER CURIAM



Sitting: Alma L. López , Chief Justice

 Phylis J. Speedlin , Justice

 Rebecca Simmons, Justice

 

Delivered and Filed: July 26, 2006



DISMISSED

 Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. Appellant has personally signed
the written withdrawal. The motion is granted and this appeal is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH